# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, A.Y. MARKS, J.P. ELLINGTON**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

**v.**

## ISIAH A. WILLIAMS
## CULINARY SPECIALIST THIRD CLASS (E-4), U.S. NAVY

### NMCCA 201600022
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 21 October 2015.
**Military Judge:** CAPT Ann K. Minami, JAGC, USN.
**Convening Authority:** Commanding Officer, Naval Air Station Whidbey Island, Oak Harbor, WA.
**Staff Judge Advocate's Recommendation:** LT A.T. Jennings, JAGC, USN.
**For Appellant:** LCDR Paul D. Jenkins, JAGC, USN.
**For Appellee:** Brian K. Keller, Esq.

**5 May 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court